UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CECILE SHOULDERS,
LORI MALCOLM, and
CHRISTINA BADGER,
Plaintiffs,

Case: 2:26-cv-10624
Assigned To : Leitman, Matthew F.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/24/2026
Description: REM Cecile Shoulders et al. v.
Tray Smith et al. (JB)

v. Civil Action No. _____

TRAY SMITH, individually,
FAITH CHRISTIAN COMMUNITY CHURCH,
LORI JOHNSON, and
SHANTELL SMITH,
Defendants and Counter-Plaintiffs
(Removing Parties).
_____/

~~AMENDED COUNTER~~-COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

--------------------------------------------------------------------------------

INTRODUCTION
This is a civil rights action brought by Defendants and Counter-Plaintiffs arising from Plaintiffs' coordinated scheme to seize control of church property, displace an active religious congregation, and substantially burden Defendants' constitutional rights.

Plaintiffs, acting individually and in concert with state-funded entities and beneficiaries, undertook unauthorized actions that resulted in the effective deprivation of Defendants' rights secured by the First and Fourteenth Amendments.

Defendants and Counter-Plaintiffs bring these claims pursuant to 42 U.S.C. §§ 1983 and 1985, and seek relief under 28 U.S.C. §§ 2201–2202 and related state law.

--------------------------------------------------------------------------------

PARTIES
Defendant and Counter-Plaintiff Tray Smith is a resident of Port Huron, Michigan and the Senior Pastor of Faith Christian Community Church.

Defendant and Counter-Plaintiff Faith Christian Community Church is a Michigan religious organization located at 1640 Cleveland Avenue, Port Huron, Michigan.

Defendant and Counter-Plaintiff Lori Johnson is a resident of Port Huron and a ministry leader at the Church.

Defendant and Counter-Plaintiff Shantell Smith is a resident of Port Huron and a member of the Church.

Plaintiff Cecile Shoulders is a Michigan resident and former Trustee Chairwoman of the Church.

Plaintiff Lori Malcolm is a former trustee of the Church.

Plaintiff Christina Badger is a former trustee of the Church.

---

## JURISDICTION AND VENUE
This Court has jurisdiction under:

28 U.S.C. § 1331

28 U.S.C. § 1343(a)(3)–(4)

42 U.S.C. §§ 1983 and 1985

28 U.S.C. § 1367

Plaintiffs acted under color of state law and/or in willful joint participation with state actors and publicly funded entities, including but not limited to Community Mental Health of St. Clair County.

Venue is proper under 28 U.S.C. § 1391(b).

---

## FACTUAL ALLEGATIONS
### The Church and Its Property
Faith Christian Community Church has long operated as an active religious ministry serving the Port Huron community.

The Church owned and operated the property located at 1640 Cleveland Avenue.

---

### Plaintiffs' Coordinated Scheme
Beginning in or about _____, Plaintiff Shoulders initiated efforts to remove Pastor Tray Smith and assume unilateral control of Church assets.

Plaintiffs Malcolm and Badger knowingly joined and assisted this effort.

Plaintiffs conducted or caused to be conducted actions outside the Church's governing bylaws, including:

unauthorized meetings;

misrepresentations of trustee authority;

execution of documents without congregational approval;

communications with third parties to facilitate transfer.

Plaintiffs initiated or attempted to initiate the transfer of Church property to Community Mental Health of St. Clair County ("CMH"), a publicly funded entity.

Upon information and belief, the transaction proceeded despite material irregularities in Plaintiffs' authority.

---

Harm to Defendants' Religious Exercise
As a direct result of Plaintiffs' conduct, Defendants' ability to gather, worship, minister, and conduct religious programming was substantially burdened.

Weekly worship services, pastoral care, and community outreach were disrupted.

Plaintiffs' conduct was intentional, coordinated, and undertaken with reckless disregard for Defendants' constitutional rights.

---

CAUSES OF ACTION
COUNT I – 42 U.S.C. § 1983
Free Exercise Clause

Defendants incorporate all prior paragraphs.

Plaintiffs' actions imposed a substantial burden on Defendants' sincerely held religious exercise.

Plaintiffs acted under color of state law and/or in joint participation with state-funded actors.

Defendants suffered constitutional injury.

---

COUNT II – 42 U.S.C. § 1985
Civil Conspiracy

Plaintiffs knowingly entered into an agreement to deprive Defendants of equal protection and constitutional rights.

Plaintiffs committed overt acts in furtherance of the conspiracy.

Defendants were damaged as a direct and proximate result.

---

COUNT III – Breach of Fiduciary Duty (State Law)
Plaintiffs owed duties of loyalty, care, and obedience.

Plaintiffs breached those duties.

---

COUNT IV – Fraud (State Law)
Plaintiffs knowingly misrepresented their authority and concealed material facts.

---

COUNT V – Declaratory and Injunctive Relief
An actual controversy exists regarding control of Church assets and interference with religious exercise.

---

?? SPECIAL SECTION — PRO SE REPRESENTATION REQUEST
Defendant and Counter-Plaintiff Tray Smith appears pro se.

Mr. Smith respectfully requests permission to appear on behalf of Faith Christian Community Church.

Alternatively, Defendants request leave to obtain counsel within a reasonable time if required by the Court.

---

PRAYER FOR RELIEF
WHEREFORE, Defendants and Counter-Plaintiffs request:

A. Declaratory judgment in their favor;
B. Preliminary and permanent injunctive relief;
C. Compensatory and punitive damages;
D. Attorneys' fees under 42 U.S.C. § 1988;
E. Leave regarding representation of the Church as stated above;
F. Such other relief as the Court deems just and proper.

---

Respectfully submitted,

/s/ Tray Smith
Tray Smith, Pro Se
1640 Cleveland Ave
Port Huron, MI 48060
pastortraysmith88@gmail.com
(786) 612-6524

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Cecile Shafers

**DEFENDANTS** Troy Sal-?

**(b)** County of Residence of First Listed Plaintiff: ST Clair
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ST Cla-
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C 1446
Brief description of cause: Civil Rights

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?    ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.       Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :