UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECILE SHOULDERS, et al.,

          Plaintiffs,

v.

TRAY SMITH, et al.,

          Defendants.

_____/

Case No. 2:26-cv-10624

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING MOTION TO REMAND [4]

For the second time, Plaintiffs,[1] including an unrepresented corporate entity,[2] removed the instant case to federal court on the eve of their state court trial date. ECF No. 1; *see also Smith v. Shoulders*, Case No. 25-cv-12165, ECF No. 9, (E.D. Mich. Sept. 5, 2025) (Murphy, J.). Defendants moved to remand the case. ECF No. 4. Smith did not respond to the motion. Because the removal suffers from the same defects as before, the Court will grant the motion to remand.

The Court will not rehash the orders from the previous case. *See, e.g.*, Case No. 25-cv-12165, ECF Nos. 9, 16. For the same reasons, removal here is improper: plaintiffs cannot remove cases from state court, the Church is an unrepresented

---

[1] The docket lists Cecile Shoulders, Lori Malcolm and Christina Badger as Plaintiffs and Tray Smith, Faith Christian Community Church, Shantell Smith, and Lori Johnson as Defendants. It is clear from the state court documents, however, that Plaintiffs in the underlying state action are actually Tray Smith and the Church. *See* ECF No. 4-2, PageID.32.

[2] As the Court explained before, a corporate entity like Faith Christian Community Church must proceed with an attorney in federal court. *See U.S. S.E.C. v. Merklinger*, No. 08-cv-13184, 2010 WL 2232224, at *1 (E.D. Mich. May 27, 2010).

corporate entity, and the deadline for removal has long passed. *See* 28 U.S.C. § 1446(b).

Finally, as the Court noted in a similar case involving Plaintiff Tray Smith, it will not tolerate frivolous removals and/or abuse of the federal courts. *See Key Star Capital Fund III, L.P. v. Smith*, No. 25-cv-14095, ECF No. 12 (E.D. Mich. May 14, 2026). Any further attempt to manipulate the state court proceedings through improper removal to federal court will result in sanctions.

**WHEREFORE**, it is hereby **ORDERED** that the motion to remand [4] is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk of court shall **REMAND** the case to 31st Circuit Court for St. Clair County, Michigan.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 14, 2026

2